**Electronically Filed
Intermediate Court of Appeals
30597
17-FEB-2012
09:05 AM**

NO. 30597

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

AAHUALII KB, LLC, a Hawaii Limited Liability Company,
Plaintiff-Appellee,

vs.

CINDY MCENRY, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1RC10-1-5251)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record it appears that: (1) the time for Defendant-Appellant Cindy McEnry (Appellant) to file the opening brief expired on January 12, 2011; (2) on January 30, 2012, the appellate clerk provided notice to Appellant that: (a) the time to file the opening brief expired; (b) the matter would be called to the attention of the court on February 9, 2012 for such action as the court deems proper; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure

Rule 30; and (3) Appellant did not file the opening brief or seek relief from default.   Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 17, 2012.

Presiding Judge

Associate Judge

Associate Judge